# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Travis Southerland            Docket No. 5:06-CR-209-1BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Southerland, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 5, 2007, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Travis Southerland was released from custody on August 27, 2010, at which time the term of supervised release commenced. On March 21, 2011, a Violation Report was filed advising of a Shoplifting/Concealment of Goods (10CR52731) charge, with an offense date of November 15, 2010, in Granville County, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 23, 2011, the defendant pled guilty to Granville County charge of Shoplifting/Concealment of Goods (10CR52731). He was sentenced to 15 days custody, suspended, and 12 months unsupervised probation. In view of this conviction, a 90-day period of home detention is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Travis Southerland
Docket No. 5:06-CR-209-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: April 21, 2011

## ORDER OF COURT

Considered and ordered this _22_ day of _April_, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge